J. Wilbert Walton, individually, and J. W. Watson, as Administrator, Appellant, v. Louise Baume Coil, et al., Appellees.

*Arthur L. Richardson,* for Appellant.
*L. P. Hardee* and *Raney H. Martin,* for Appellees.

State, *ex rel.* J. G. DuPuis, *et al.,* Relators, v. Honorable Worth W. Trammell, as Judge of the Circuit Court, Etc., Respondent.

*Blackwell & Knight,* for Relators.
*Hendricks & Hendricks,* for Respondent.

Ruth E. Pickard, *et al.,* Appellants, v. Calvin Brinkley, *et al.,* Appellees.

*P. H. Odom,* for Appellants.
*Jennings & Watts,* for Appellees.

F. W. Hildebrand, as Chairman and Member, Etc., *et al.,* Plaintiffs in Error, v. State, *ex rel.* Gordon M. Graham, Defendant in Error.

*Evans Crary* and *Smith & Kanner,* for Plaintiffs in Error.
*J. Franklin Garner,* for Defendant in Error.

Edna Ehmann, Appellant, v. Otto Ehman, Appellee.

*Wallace. & Hunter, Waller & Meginniss* and *Hawthorne & Morehead,* for Appellant.
*Walsh, Beckham & Ellis,* for Appellee.

R. H. Gibson, Appellant, v. Claudia Gibson, Appellee.

*William Blount Myers,* for Appellant.
*Clyde W. Gregory,* for Appellee.

Fred Shamby, Plaintiff in Error, v. State of Florida, Defendant in Error.

*Thomas D. Beasley,* for Plaintiff in Error.
*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant for the State.

Mahlon Hulst, Plaintiff in Error, v. State of Florida, Defendant in Error.